UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RODNEY DOGGETT, et al.,
    Plaintiff,

vs.

ALBERTO GONZALES, et al.,
    Defendants

§
§
§
§
§

Civil No. 06-0575(RBW)

RECEIVED
JUN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs ask the clerk of the Court to enter a default against Defendants, as authorized by Federal Rule of Civil Procedure 55 and the local rules.

#### A. Introduction

Plaintiffs sued Defendants for denial of Plaintiff's right of access to courts. Plaintiffs sued Defendants in their official and individual capacities.

Defendants were served with summons and a copy of Plaintiff's complaint by certified mail, return receipt requested as authorized by Fed.R.Civ.P. 4 on the following dates:

    Defendant Gonzales - April 12, 2006
    Defendant Sensenbrenner - April 10, 2006
    Defendant Apperson - April 12, 2006
    Defendant Meachum - April 11, 2006
    Defendant Bucella - April 12, 2006
    Defendant Sutton - April 10, 2006
    Defendant Rosenberg - April 7, 2006
    Defendant Hinjosa - April 10, 2006

A copy of the return of service is attached as Exhibt A. Defendants in their individual capacities have wholly failed to file any responsive pleadings or otherwise defend the suit. Further, Defendants in their official capacities did not file

any responsive pleading or answer. Defendants in their official capacities merely filed a request to extend the sixty days allotted to Defendants in filing their answer. Defendants' request for an extension of time is not "otherwise defending" the suit.

Plaintiffs are entitled to entry of default.

### B.  Argument

The clerk of the Court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed.R.Civ.P. 55(a); <u>New York Life Ins. Co. v. Brown</u>, 84 F.3d 137, 141 (5th Cir. 1996). Defendants in their <u>individual</u> capacities have wholly failed to file any responsive pleadings or otherwise defend the suit. Indeed, Defendants in their <u>official</u> capacities allege in their request for enlargement of time to file an answer concede they do not in fact represent individual Defendants.

The Clerk should enter a default against Defendants because Defendants did not file a responsive pleadings or otherwise defend the suit within 60 days after the date of service. Fed.R.Civ.P. 12(a)(3).

Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Plaintiff's affidavit, attached as Exhibit B.

Defendants are not infants, incompetent persons, or a members of the United States military.

Because Defendants did not file a responsive pleading or otherwise defend the suit, Defendants are not entitled to entry of default. Indeed, the local rules allow, even mandate, the

clerk of the court shall make the entry of default automatically when a defendant fails to file a responsive pleading.

<u>C. Prayer</u>

WHEREFORE, for these reasons, Plaintiffs ask the Clerk of Court to enter a default in favor of Plaintiffs.

*/s/ Rodney Doggett*
Rodney Doggett
#83059-080
P.O. Box 9000
Seagoville, TX 75159

*/s/ Russell Kaemmerling*
Russell Kaemmerling
#04899-017
P.O. Box 9000
Seagoville, TX 75159

*/s/ Gary Callahan*
Gary Callahan
#01628-196
P.O. Box 9000
Seagoville, TX 75159

*/s/ Brian Culwell*
Brian Culwell
#66552-079
P.O. Box 9000
Seagoville, TX 75159

PLAINTIFFS PRO SE

# Exhibit "A"

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donna Bucella
Exec. Office for U.S. Attys
950 Pennsylvania Ave
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: APR 12 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0004 8742 1656

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnny Sutton
U.S. Attorney West Dist TX
601 NW Loop 410, Suite 600
San Antonio TX 78216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Andrew Mejia
C. Date of Delivery: 4-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0004 8742 1663

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo H. Hinojosa
U.S. sentencing Commission
One Columbus Circle NE
Suite 2-500 South Lobby
Washington DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] David Ledwith  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ledwith
C. Date of Delivery: 4-6-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0004 8742 0314

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

## Return Receipt 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay Apperson
Office of the Legal Counsel
950 Pennsylvania Ave., NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: APR 12 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0004 8741 8823

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES
   OFFICE OF THE ATTORNEY GNL
   950 PENNSYLVANIA AVE NW
   WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☒ Addressee

B. Received by ( Printed Name )       C. Date of Delivery
                                        APR 1 2 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7000 1670 0004 8741 8809
   (transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

James Sensenbrenner
20 Bishops Way RM 154
Brookfield, WI 53005-6294

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Sally Cole* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Sally Cole
C. Date of Delivery: 4/1/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**2. Article Number:** 7000 1670 0004 8742 1625

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Leonidas Meacham
Administrative Office of
The Courts
One Columbus Circle NE
Washington DC 20549

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Bernard Maulorino* ☒ Agent ☐ Addressee
B. Received by (Printed Name): Bernard Maulorino
C. Date of Delivery: 4-11-06

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**2. Article Number:** 7000 1670 0004 8742 1649

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

U S ATTORNEY
501 3rd St NW
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☒ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**2. Article Number:** 7000 1670 0004 8741 8816

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Chuck Rosenberg
U.S. Atty South. Dist. TX.
515, Rusk
Houston TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☒ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 4/7/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**2. Article Number:** 7000 1670 0004 8742 2622

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# Exhibit "B"

STATE OF TEXAS          §

COUNTY OF DALLAS        §


PLAINTIFF'S AFFIDAVIT FOR ENTRY OF DEFAULT
---

On this day, Rodney Dogget, Russell Kaemmerling, Gary Callahan, and Brian Culwell said the following:

"Our names are Rodney Doggett, Russell Kaemmerling, Gary Callahan, and Brian Culwell. We are competent to make this affidavit. The facts stated in this affidavit are within our personal knowledge and are true and correct.

Or or about March 28, 2006, we filed suit against Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Meachum, Donna Bucella, Johnny Sutton, Chuck Rosenberg, and Ricardo Hinojosa for denying our right of access to courts. We filed suit against these individuals in their official and individual capacities.

We properly obtained summons; served the individuals with the summons and a copy of our complaint in April 2006. All the individuals sued in their individual capacities failed to file a responsive pleading or otherwise defend our lawsuit.

The Defendants are not infants, incompetent, or members of the United States Military."

We declare under the penalty of perjury the foregoing is true and correct. 28 U.S.C. §1746.  Signed this the 17th day of June 2006.

_____  _____  _____
Rodney Dogget      Russell Kaemmerling   Gary Callahan

_____
Brian Culwell