UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY DOGGETT**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 06-0575 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants, Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, Paul Charlton, Gregory Miller, and Judge Ricardo H. Hinojosa, respectfully move for an enlargement of time for all Federal Defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure[1]. Defendants' response is currently due August 16, 2006. Defendants request an enlargement of time until September 16, 2006, to file an answer or otherwise respond to the complaint.

Plaintiffs, several *pro se* prisoners, bring this Bivens action against numerous federal employees of the United States Department of Justice, the Administrative Office of the U.S. Courts, the United States Sentencing Commission, and the United States House of Representatives. Plaintiffs have sued each of the federal defendants in their official and individual capacity. Plaintiffs

---

[1] In making this motion for an extension of time, the defendants Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, Paul Charlton, Gregory Miller, and Judge Ricardo H. Hinojosa do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

have not completed proper service of all of the federal defendants at this time. Defendants Charlton and Miller remain unserved in their official and individual capacity. All other defendants have not been served in their individual capacities.

Additionally, the plaintiffs have sued two individuals, formerly with the U.S. Department of Justice, who are no longer employed with the agency. The agency is currently in the process of locating defendants Donna Bucella and Chuck Rosenberg.

Several of the defendants have begun the process of requesting representation. However, in light of the fact that some defendants have still not been properly served in their individual capacities, these individuals have not yet had time to submit requests to Torts Branch for DOJ representation. Accordingly, this Office cannot yet represent the defendants in their individual capacity.

Because the defenses of the individual federal defendants as individual defendants will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiffs are prisoners, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiffs at:

Rodney Doggett
Reg. No. 83059-080
P.O. Box 9000
Seagoville, TX 75159

Gary Callahan
Reg. No. 01628-196
P.O. Box 9000
Seagoville, TX 75159

Russell Kaemmerling
Reg. No. 04899-017
P.O. Box 9000
Seagoville, TX 75159

Brian Culwell
Reg. No. 66552-079
P.O. Box 9000
Seagoville, TX 75159

on this 8th day of August, 2006.

                                            /s/
                                        JOHN HENAULT, D.C. BAR # 472590
                                        Assistant United States Attorney