UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RODNEY DOGGETT, et al.,
    Plaintiffs

v.                                              No.: 06-0575(RBW)

ALBERTO GONZALES, et al.,
    Defendants

PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO ENLARGE TIME AND OTHERWISE RESPOND TO COMPLAINT

Plaintiffs ask the Court to deny Defendants' motion to enlarge time to file an answer or otherwise respond to Plaintiffs' complaint.

A. Introduction

1.   Plaintiffs are Rodney Doggett, Russell Kaemmerling, Gary Callahan and Brian Culwell, federal inmates residing at F.C.I. Seagoville, Texas. Defendants are: Alberto Gonzales, U.S. Attorney General; F. James Sensenbrenner, U.S. Representative; Jay Apperson; Leonidas Meachum, Director, Administrative Office of the Courts; Donna Bucella, Director, Executive Office for the U.S. Attorneys; Johnny Sutton, Chuck Rosenberg, Paul K. Charlton and Gregory Miller, U.S. Attorneys; and Ricardo Hinojosa, Chairman, U.S. Sentencing Commission.

2.   Plaintiffs sued Defendants, in their official and individual

RECEIVED
AUG 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

capacity, for violating Plaintiffs' right of access to the courts.

3. Plaintiffs filed suit; obtained summons; and served the Defendants, in their individual and official capacities. Two Defendants, however, do remain unserved, (Charlton and Miller) and Plaintiffs contemporaneously file herewith a notice of dismissal against these two Defendants.

4. In June 2006, when their answer was due, Defendants requested an additional sixty (60) days to file their answer. The Court granted Defendants' request ex parte without ever considering Plaintiffs' opposition. The Defendants' answer is due August 16, 2006. Now on August 8, 2006, Defendants seek yet another enlargement of time.

B. <u>Argument</u>

5. Although the Court may grant a request for extension of time for "cause shown" this is not a case in which the Court should do so. Fed.R.Civ.P. 6(b).

6. The Court should deny the motion to enlarge time because Defendants have not shown why the Court should grant their request for additional time to file their answer. Certainly, Defendants have not established "cause." Defendants contend they cannot find two defendants because they no longer work for the Department of Justice. That Defendants expect the Court to believe such

outrageous, disingenuous nonsense should be an insult to this Court. Defendants contend they have not been served indiviudally (Plaintiffs dispute this contention) and allege the Defendants "have not had time to submit request to (sic) Torts Branch for DOJ representation." Defendants' contentions wholly lack merit. Defendants received actual notice of this suit in April 2006 in both their official and individual capacities. Furthermore, the Attorneys for Defendants, officially, claim they do not represent any Defendants individually; yet they ask this Court for orders related to Defendants they admittedly do not represent.

7.  The Department of Justice which includes the U.S. Marshals and the Federal Bureau of Investigation, affords the Defendants with an arsenal of investigative resources to locate two former employees. In reality Defendants file their motion for dilatory and harassment reasons; thus, Defendants' motion violate the letter and spirit of Rule 11.

8.  Defendants have not been diligent in any regard and have had months to both find any "fomer employees" and file their answer. Furthermore, Plaintiffs will be harmed by the delay.

9.  The irony should not be lost on this court. In a suit for violation and blocking Plaintiffs' right of access to the courts for review of their cases on the merits, Defendants' conduct continues to deny such acces and review by the courts.

C. Conclusion

10.   For these reasons Plaintiffs ask the Court to deny Defendants' motion.

Respectfully submitted,

_Rodney Doggett_
Rodney Doggett
#83059-080
P. O. Box 9000
Seagoville, TX 75159-9000

_Russell Kaemmerling_
Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

_Gary Callahan_
Gary Callahan
#01628-196
P. O. Box 9000
Seagoville, TX 75159-9000

_Brian Culwell_
Brian Culwell
#66552-079
P. O. Box 9000
Seagoville, TX 75159-9000

CERTIFICATE OF SERVICE

The above certify that a true and correct copy of the foregoing was mailed first class mail, postage prepaid to the following counsel of record on 15 August 2006. Certified as true and correct in accordance with 28 U.S.C. § 1746.

Kenneth Wainstein
Rudolph Contreras
John Henault
555 4th Street NW
Washington, DC 20530