IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY S. DOGGETT, et al., <br> Plaintiffs <br><br> v. <br><br> ALBERTO GONZALES, et al., <br> Defendants | § <br> § <br> § <br> § <br> § Civil Action No.: 06-0575(RBW) <br> § <br> § <br> § |

## PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

1. Plaintiffs file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

2. Plaintiffs are Rodney S. Doggett, Russell Kaemmerling, Gary Callahan and Brian Culwell. Defendants are Alberto Gonzales, F. James Sensenbrenner, Jay Apperson, Leonidas Meachum, Donna Bucella, Johnny Sutton, Chuck Rosenberg, Paul K. Charlton, and Gregory Miller. This notice of dismissal is directed only to Defendants Paul Charlton and Gregory Miller, both in their official and individual capacities.

3. On March 29, 2006, Plaintiffs sued Defendants in their official and individual capacities for violating Plaintiffs' right of access to the courts.

4. Defendants Charlton and Miller have not been served with process and have not filed an answer or a motion for summary

RECEIVED
AUG 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

judgment.

5. This case has not yet been certified as a class action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

8. This notice of dismissal is directed only to Defendants Charlton and Miller, both in their official and indivual capacities, is without prejudice to Plaintiffs' right to refile same.

Respectfully Submitted,

_____
Rodney Doggett
#83059-080
P. O. Box 9000
Seagoville, TX 75159-9000

_____
Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

_____
Gary Callahan
#01628-196
P. O. Box 9000
Seagoville, TX 75159-9000

_____
Brian Culwell
#66552-079
P. O. Box 9000
Seagoville, TX 75159-9000

CERTIFICATE OF SERVICE

The above certify that a true and correct copy of the foregoing was mailed first class mail, postage prepaid to the following counsel of record on August 15, 2006. Certified as true and correct in accordance with 28 U.S.C. § 1746.

Kenneth Wainstein
Rudolph Contreras
John Henault
555 4th Street NW
Washington, DC 20530