UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODNEY DOGGETT**, *et al.*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>**ALBERTO GONZALES**, *et al.*,   )<br>   )<br>   Defendants.   )<br>   ) | Civil Action No.: 06-0575 (RBW) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR SANCTIONS**

Federal Defendants, Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, and Judge Ricardo H. Hinojosa, through counsel, hereby oppose Plaintiffs' Motion for Sanctions.[1] See Docket No. 9. Plaintiff has moved, under Fed. R. Civ. P. Rule 11 for sanctions against representatives of the Office of the United States Attorney based on the allegations that (1) the purpose of the defendants' motion for an extension of time was to cause unnecessary delay; (2) and that defendants' factual assertions that federal defendants were properly served in their individual capacities were false. This motion is patently frivolous and should be dismissed as improper and untimely.

On August 14, 2006, this Court granted defendants an extension of time to file an answer or otherwise respond to the complaint until September 16, 2006. Ten days after entry of this Order,

---

[1] In making this opposition to plaintiffs' motion for sanctions, the defendants Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, and Judge Ricardo H. Hinojosa do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit. Additionally, it appears that defendants Paul Charlton, Gregory Miller have been voluntarily dismissed from this case and thus, do not appear in this motion.

plaintiffs filed their motion for monetary sanctions.

Plaintiffs' current motion for sanctions, much like their opposition to defendants' motion for extension of time (Docket No. 6) and plaintiffs' motion for extension of time to serve defendants (Docket No. 8), incorrectly states that the federal defendants have been properly served in their individual capacities. All factual allegations stated by the defendants with regard to improper service of process, as well as defendants' efforts to secure representation authority, are true and correct. As this court has already granted the extension of time, plaintiffs' motion is inappropriate and untimely and should be considered moot.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Opposition to Plaintiffs' Motion for Sanctions to be served by first class mail upon *pro se* plaintiffs at:

Rodney Doggett
Reg. No. 83059-080
P.O. Box 9000
Seagoville, TX 75159

Gary Callahan
Reg. No. 01628-196
P.O. Box 9000
Seagoville, TX 75159

Russell Kaemmerling
Reg. No. 04899-017
P.O. Box 9000
Seagoville, TX 75159

Brian Culwell
Reg. No. 66552-079
P.O. Box 9000
Seagoville, TX 75159

on this 28th day of August, 2006.

                                                  /s/
                                            JOHN HENAULT, D.C. BAR # 472590
                                            Assistant United States Attorney