UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODNEY DOGGETT**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 06-0575 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants, Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, and Judge Ricardo H. Hinojosa, respectfully move for an enlargement of time for all Federal Defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure[1]. Defendants' response is currently due September 16, 2006. Defendants request an enlargement of time until September 29, 2006, to file an answer or otherwise respond to the complaint.

Defendants have just finalized the representation authority process and are now in the process of drafting their dispositive motion on behalf of all defendants in their official and individual capacities. However, counsel for defendants has been unable to finalize the dispositive motion due to scheduling issues in other cases. Counsel has been out of the office in

---

[1] In making this motion for an extension of time, the defendants Alberto Gonzales, James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Johnny Sutton, Chuck Rosenberg, and Judge Ricardo H. Hinojosa do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit. Defendants Paul Charlton, Gregory Miller have been voluntarily dismissed from the case by plaintiffs.

a two-day mediation in the <u>Segar v. Ashcroft</u> matter and has had numerous other motions for summary judgment. Additionally, counsel for defendants was out of the office for a week due to a previously scheduled vacation.

Because plaintiffs are prisoners, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact them regarding this motion.[2]

                                              Respectfully submitted,

                                              /s/
                                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              /s/
                                              JOHN HENAULT, D.C. BAR # 472590
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 307-1249

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro se</u> parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro se</u> parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiffs at:

Rodney Doggett
Reg. No. 83059-080
P.O. Box 9000
Seagoville, TX 75159

Gary Callahan
Reg. No. 01628-196
P.O. Box 9000
Seagoville, TX 75159

Russell Kaemmerling
Reg. No. 04899-017
P.O. Box 9000
Seagoville, TX 75159

Brian Culwell
Reg. No. 66552-079
P.O. Box 9000
Seagoville, TX 75159

on this 14th day of September, 2006.

/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney