UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY DOGGETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0575 (RBW) |
| ) | |
| ALBERTO GONZALES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants move to dismiss the complaint. Because a ruling on defendants' motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiffs of their obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiffs are advised that the Court will rule on defendants' motion taking into consideration the facts proffered in the complaint, along with plaintiffs' response or opposition to it. Plaintiffs' attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiffs' attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **October 31, 2006**, plaintiffs shall file their opposition or response to defendants' motion. If plaintiffs fail to respond timely, the Court may grant defendants' motion as conceded, and summarily may dismiss the complaint.

SO ORDERED.

                                                                  /s/
                                        REGGIE B. WALTON
                                        United States District Judge

Date: October 12, 2006