19 October 2006

Clerk of the Court
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

RE: Case No.: 06-0575, Doggett, et al v. Gonzales, et al, Plaintiffs' Opposition to Defendants' Motion to Dismiss

Enclosed you will find Plaintiffs' Opposition to Defendants' Motion to Dismiss in the case Doggett, et al v. Gonzales, et al, Case No. 06-0575.

We previously submitted a response, however, after mailing we discovered two major errors:

1. It was not in keeping with the local rules of the District of Columbia;

2. It was submitted with the wrong case number.
   (The _wrong_ number used was 06-1389.)

Please withdraw the first response and return it to us. Then please file the enclosed, properly prepared response in its place.

You will also find enclosed a second copy of this cover letter and a stamped, self-addressed envelope. Please file stamp the extra letter and return in the provided envelope.

We are within the October 31 filing deadline for response as per Court order.

Thank you very much for your assistance.

Respectfully,

*(signature)*
Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159

FOR ALL PLAINTIFFS

RECEIVED

OCT 23 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT