RECEIVED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 18, 2006

Clerk of the Court
United States District Court
333 Constitution Ave.,N.W.
Washington, DC 20001

RE: Doggett, et al. v Gonzales, et al.    Cause No: 06-0575(RBW)

Dear Clerk of the Court,

    I am submitting this "Change of Address" so that it can be entered into the Court's records.    I am being transferred from F.C.I. Seagoville, Texas to F.P.C. La Tuna, Texas.    I will be in transit for an indeterminate amount of days.    I am requesting the Court hold any correspondence until I send notification to the Court that I have arrived at my destination.

    The new address will be:

        Rodney S. Doggett
        83059-080
        P.O. Box 8000
        F.P.C. La Tuna
        Anthony, Texas 88021

    Thank you in advance for your time and attention with this matter.

Respectfully Submitted,

Rodney S. Doggett
Rodney S. Doggett