November 6, 2006

United States District Court
333 Constitution Ave., N.W.
Washington, DC  20001

RECEIVED

NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rodney S. Doggett
83059-080
Federal Prison Camp La Tuna
P.O. Box 8000
Anthony, Texas 88021

RE: Change of Address / Civil Action No. 06-0575 RBW

Dear Court Clerk,

I am notifying the Court of my change of address. I am requesting my new address be entered in to the Court's records. My new address is:

> Rodney S. Doggett
> 83059-080
> Federal Prison Camp La Tuna
> P.O. Box 8000
> Anthony, Texas 88021

Thank you in advance for your time and assistance with this matter.

Respectfully Submitted

*Rodney S. Doggett*

Certificate of Service

I certify that I have mailed a true and correct copy for this notice to the United States Attorney's Office, 555 Fourth Street, N.W., Washington, DC 20001; first class pre-paid postage on the 6th day of November, 2006.

Signed
*Rodney S. Doggett*