UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY DOGGETT**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES**, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0575 (RBW) |

### ORDER

    Plaintiffs are federal prisoners who are proceeding *pro se* in this action. They have not served process on certain defendants in their individual capacities, and explain that they "do not have any funds to pay the expense of hiring an investigator to obtain Defendant's private residential addresses" for the purpose of effecting service. Pls.' Mot. at 3. They ask that the Court grant their motion to proceed *in forma pauperis*, appoint an investigator, and, once the investigator obtains defendants' addresses, direct the United States Marshals Service or another process server to serve process on these defendants in their individual capacities. *Id.* at 5.

    Plaintiffs paid the filing fee in full when they submitted their original complaint. They submitted neither affidavits stating their inability to pay fees nor certified copies of their trust fund accounts statements, including the supporting ledger sheets, for the six-month period immediately preceding the filing of the complaint, as are required under the Prison Litigation Reform Act for waiver of filing fees. *See* 28 U.S.C. § 1915(a)(2). Without such information,

and none was submitted with the instant motion, there is no basis for the Court to determine whether plaintiffs are indigent.

Even if plaintiffs were indigent, *in forma pauperis* status confers no entitlement to assistance beyond the issuance and service of process. *See* 28 U.S.C. § 1915(d); *see* Fed. R. Civ. P. 4(c)(2). Court officers have "no duty to assist a plaintiff in locating a defendant's address for the purpose of service of process." *Paolone v. Mueller*, No. 05-2300 (JDB), 2006 WL 2346448, *2 (D.D.C. Aug. 11, 2006); *see Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987) (noting that even an incarcerated plaintiff proceeding *in forma pauperis* "may not remain silent and do nothing to effectuate such service").

Accordingly, it is hereby

ORDERED that plaintiffs' motion to proceed *in forma pauperis* [Dkt. #23] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

                                                    /s/
                                        REGGIE B. WALTON
                                        United States District Judge

Date: December 15, 2006