UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY DOGGETT**, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES**, *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No.: 06-0575 (RBW) |

## ORDER

UPON CONSIDERATION of the Defendants' Opposition to Plaintiff Kaemmerling's Motion for Release on Bond Pending Resolution of this Action, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's Kaemmerling's Motion for Release is hereby DENIED.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530

Rodney Doggett
Reg. No. 83059-080
P.O. Box 9000
Seagoville, TX 75159

Gary Callahan
Reg. No. 01628-196
P.O. Box 9000
Seagoville, TX 75159

Russell Kaemmerling
Reg. No. 04899-017
P.O. Box 9000
Seagoville, TX 75159

Brian Culwell
Reg. No. 66552-079
P.O. Box 9000
Seagoville, TX 75159