UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RODNEY DOGGETT, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 06-0575 (RBW) |
| v. | ) ) ) | |
| ALBERTO GONZALES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SUBSTITUTION OF COUNSEL

THE CLERK OF THE COURT will please enter the appearance of Assistant U.S. Attorney Charlotte A. Abel, as counsel of record for defendants, in the above-captioned case and *withdraw* the appearance of Assistant U.S. Attorney John F. Henault.

Respectfully submitted,

_____/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332

## CERTIFICATE OF SERVICE

I hereby certify that on this  11th  day of September, 2007, I caused the foregoing

**Entry of Appearance** to be served on plaintiff, postage prepaid, addressed as follows:

Rodney Doggett
Reg. No. 83059-080
P.O. Box 9000
Seagoville, TX  75159

Rodney Doggett
Reg. No. 83059-080
P.O. Box 8000
F.P.C. La Tuna
Anthony, TX  88021

Gary Callahan
Reg. No. 01628-196
P.O. Box 9000
Seagoville, TX  75159

Russell Kaemmerling
Reg. No. 04899-017
P.O. Box 9000
Seagoville, TX  75159

Brian Culwell
Reg. No. 66552-079
P.O. Box 9000
Seagoville, TX  75159

_____/s/_____
CHARLOTTE A. ABEL
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530