UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
RODNEY DOGGETT, *et al.*,          )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )   Civil Action No. 06-0575 (RBW)
                                   )
ALBERTO GONZALES, *et al.*,        )
                                   )
            Defendants.            )
_____)

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss plaintiffs' complaint [Dkt. #14] is GRANTED. It is further

ORDERED that plaintiff Kaemmerling's motion for release on bond pending resolution of this case [Dkt. #25] is DENIED. It is further

ORDERED that this action is DISMISSED in part with prejudice as to the claims against defendants in their official capacities, and is DISMISSED in part without prejudice as to the claims against defendants in their individual capacities.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                        /s/
                               _____
                               REGGIE B. WALTON
                               United States District Judge

Date: September 29, 2007