iN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RODNEY DOGGETT, et al          §
        Petitioner,            §
                               §     Cause No. 06-0575 RBW
v.                             §
                               §
ALBERTO GONZALES, et al        §
        Defendants.            §

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:


COMES NOW, Rodney Doggett, et al, Plaintiffs Pro Se in the above styled and numbered cause of action and respectfully file this Notice of Appeal of the Court's Order of Dismissal dated September 29, 2007.

Plaintiff's Kaemmerling and Callahan were served with the Order of the Court October 23, 2007. It was mailed postmarked from Washington, DC on October 16, 2007. Plaintiff Doggett has not been served to date.

This notice of Appeal is within the sixty day notice rule of Federal Rules of Appellate procedure by filing within 60 days of having been served with the order of the Court.

### CERTIFICATION OF FILING

This Notice of Appeal was filed by placing it in the receptacle marked for legal mail at F.C.I.-Seagoville, TX pursuant to the ruling in Houston v. Lack, 487 U.S. 266 (1988), first class mail, postage prepaid, November 29, 2007. 28 U.S.C. § 1746

Respectfully submitted,

Rodney Doggett
#83059-080
P. O. Box 8000
Anthony, TX 88021

Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

Gary Callahan
#01628-196
P. O. Box 9000
Seagoville, TX 75159-9000

Brian Culwell
#66552-079
P. O. Box 9000
Seagoville, TX 75159-9000