# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5417**                                    **September Term 2007**

**06cv00575**

**Filed On:**   July 11, 2008

Rodney Doggett, et al.,

      Appellants

      v.

Michael B. Mukasey, U.S. Attorney General, et al.,

      Appellees

**BEFORE:**   Ginsburg, Randolph, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed January 10, 2008, and re-sent April 15, 2008, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely.  The order appealed from was entered on September 29, 2007.  Although appellant Doggett "believes the notice of appeal was placed in the institutional mailbox before the expiration of the 60 day deadline" established in Fed. R. App. P. 4(a)(1)(B), the notice of appeal states that it was placed in the prison's legal mail receptacle on November 29, 2007 – 61 days after entry of the challenged order.  The appeal must therefore be dismissed as untimely.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**